AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | Case: 1:22-mj-00050 |
| v. | Assigned To : Faruqui, Zia M. |
| Mandy Robinson-Hand | Assign. Date : 3/3/2022 |
| | Description: COMPLAINT W/ ARREST WARRANT |

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ Mandy Robinson-Hand _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☒ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:      ___03/04/2022___

Zia M. Faruqui
2022.03.04 21:15:34 -05'00'

_Issuing officer's signature_

City and state:      ___Washington, D.C.___

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 3/4/22 , and the person was arrested on _(date)_ 3/11/22 |
| at _(city and state)_ BUTLER, GA . |

Date:   3/11/22

_Arresting officer's signature_

CHRISTIAN GABRIEL COUZER - SPECIAL AGENT - FBI
_Printed name and title_